```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

InterCement Brasil S.A.,

                        *Debtors in a Foreign Proceeding.*

UMB BANK, N.A.,

                        *Appellant*,

-against-

ANTONIO REINALDO RABELO FILHO, as Petitioner and Foreign Representative,

                        *Appellee*.

25 Civ. 3279 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed stipulation and order, ECF No. 15. Accordingly, the parties' requests are GRANTED IN PART and DENIED IN PART. By **September 15, 2025**, Appellant shall file its reply brief. Because the deadline for Appellant's reply is the only deadline pending before the Court, *see* Fed. R. Bankr. Prod. 8018(a), the parties' motion to stay all other proceedings is DENIED.

      SO ORDERED.

Dated: August 4, 2025
       New York, New York

                                                      ANALISA TORRES
                                               United States District Judge